# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TRACY MCPHERSON, on behalf of himself and others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. CIV-20-1307-G |
| **AMERICAN BANK SYSTEMS, INC.,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

Now before the Court is Plaintiff's unopposed Motion for Extension of Deadline to Respond to Motion to Dismiss (Doc. No. 30). Plaintiff requests a 76-day extension—from February 16, 2021 to May 3, 2021—to file a brief in response to Defendant's Motion to Dismiss. The Court finds the requested length of extension to be excessive and, on that basis, denies the Motion.

IT IS SO ORDERED this 12th day of February, 2021.

_____
CHARLES B. GOODWIN
United States District Judge