UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRACY MCPHERSON, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-20-1307-G |
| AMERICAN BANK SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LARRY LYLES, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-21-23-G |
| AMERICAN BANK SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is Defendant American Bank Systems, Inc.'s Motion to Dismiss (Doc. No. 20) the claims asserted in Plaintiff's original Complaint (Doc. No. 1). On February 18, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 32). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant's Motion to Dismiss (Doc. No. 20) is DENIED as moot.

2

IT IS SO ORDERED this 6th day of April, 2021.

_____
CHARLES B. GOODWIN
United States District Judge