UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRACY MCPHERSON, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-20-1307-G |
| AMERICAN BANK SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LARRY LYLES, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-21-23-G |
| AMERICAN BANK SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Order issued this same date granting final approval of the class action settlement between Plaintiffs and Settlement Class Representatives Tracy McPherson and Larry Lyles, on behalf of themselves and the Settlement Class, and Defendant American Bank Systems, Inc. ("ABS"), set forth in the Settlement Agreement and Release dated June 29, 2021, including any exhibits attached thereto (Doc. No. 49-1, the "Settlement" or "Settlement Agreement"),[1] except as to any individual claim of those

---

[1] Unless otherwise indicated, capitalized terms that are not otherwise defined herein have the same meanings ascribed to them in the Settlement Agreement.

1

Persons (identified in Exhibit A attached hereto) who have validly and timely requested exclusion from the Class, the Court hereby enters judgment in favor of the Settlement Class and against Defendant ABS in accordance with the terms of the Settlement Agreement.

ENTERED this 27th day of March, 2023.

CHARLES B. GOODWIN
United States District Judge

# EXHIBIT A

## INDIVIDUALS WHO HAVE VALIDLY AND TIMELY REQUESTED EXCLUSION FROM THE CLASS

1. Susan T. Busby
2. Nicole F. DeMarco
3. Lonnie H. Duke
4. Effie A. Miller
5. John J. Miller
6. Joan S. Organiscak
7. Dale L. Sherman